| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO DA YR | J | N/S | O PTF | D | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 87 911 | 04 15 87 | 1 | 890 | 2 | | | 950 | J 4717 M | 39035 | P | 87 911 |

C87 911

### PLAINTIFFS

DELUXE TRAVEL SERVICE, INC.

### DEFENDANTS

1. FISHER BAUM TRAVEL, INC.
2. KAWALEK, Laurie
3. KAHN, Sharon
4. FISHER, Ron
5. BAUM, Linda

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. Section 1331

### ATTORNEYS

Eugene I. Selker, Esq.
1300 Ohio Savings Plaza
Cleveland, Ohio 44114
(216) 781-8686

Stephen A. Markus, Esq.
ULMER, BERNE, LARONGE, GLICKMAN & CURTIS
900 Bond Court Building
Cleveland, Ohio 44114
(216) 621-8400

JUDGE MANOS

JURY

Cat. 12

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | STATISTICAL CARDS | |
|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD DATE MAILED |
| | | #133232  120.00 | | JS-5  4/30/87 |
| | | | | JS-6 |

UNITED STATES DISTRICT COURT DOCKET

DC-111 (Rev. 9/8

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4/15/87 | 1 | **PETITION** for removal from Cuyahoga County Common Pleas Court (Case # 102586) (49 p) ee |
| 4/15/87 | 2 | **BOND** for removal in amount of $250.00 filed. (Aetna Casualty & Surety Co. |
| 4/15/87 | 3 | **INITIAL ORDER** issued. MANOS, J. (3 p) ee |
| 4/27/87 | 4 | **ANSWER** of Defts. Fisher Travel, Ron Fisher and Linda Baum to First Amended Complaint with counterclaim, filed. c/m 4/24/87 (7 p) ee |
| 4/27/87 | 5 | **ANSWER** of Deft. Laurie Kawalek to First Amended complaint with counterclaim filed. c/m 4/24/87 (7 p) ee |
| 4/27/87 | 6 | **NOTICE** of Defts. to take deposition of Fred Lasorella, an employee of Pltf. on 5/20/87 at 10:00 a.m. filed. c/m 4/24/87 (2 p) ee |
| 5/21/87 | 7 | **REPLY** of Pltf. to deft. Fisher Baum Travel, inc's. First Amended CounterClaim, filed. c/m 5/20/87 (3 p) ee |
| 5/21/87 | 8 | **REPLY** of Pltf. to Deft. Laurie Kawalke's First Amended Counterclaim, filed. c/m 5/20/87 (3 p) ee |
| 5/22/87 | 9 | **STIPULATION AND ORDER** that Pltf. dismisses its action voluntarily without prejudice at its own cost, filed. MANOS, J. (1 p) Iss: 5/22/87 ee |